# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

CHAPTER 13 PLAN
(INDIVIDUAL ADJUSTMENT OF DEBTS)

**FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF THE PLAN**

DEBTOR: Gennail Clark-Owens          SS# xxx-xx-5356

                                      SS#

ADDRESS: 3537 Wincross, Memphis, TN  38119

PLAN PAYMENT: Debtor to pay $100    Every Two Weeks

PAYROLL DEDUCTION: Glaxo Smith Kline     OR ( ) DIRECT PAY

2149 Harbor Dr       BECAUSE: After notice

Memophis TN 37=38113    FIRST PAYMENT:

ADMINISTRATIVE: Pay filing fee, trustee's fee, and debtor's attorney fee, pursuant to Court Order.
AUTO INSURANCE: ( )Not included in Plan ( ) Included in Plan

PAYMENT

CHILD SUPPORT:     Future Support through Plan to

           Child Support Arrearage to

PRIORITY CREDITORS:

HOME MORTGAGE:    If no arrearage, ongoing payments are to be paid directly by the debtor(s).

Wekks Fargo          ongoing payment begins

           Approximate arrearage   c=currebtqqq   Interest
                                    qqq

           ongoing payment begins

           Approximate arrearage           Interest

**ADEQUATE PROTECTION PAYMENTS SHALL BE ¼ (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT**

SECURED CREDITORS:              VALUE OF       INTEREST     MONTHLY
(retain Lien 11 U.S.C. § 1325(a)(5))   COLLATERAL      RATE        PAYMENT

UNSECURED CREDITORS: Pay  to be determined  % of these claims after above claims are paid;
ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:                    ;

TERMINATION:   Plan shall terminate upon payment of the above, approximately __60__ months.